# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) Case No. 16-21382 JGR |
| WESTON EDUCATIONAL, INC., | ) Chapter 7 |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |
| SIMON E. RODRIGUEZ, | ) Adversary Proceeding No. 18-01360 JGR |
| Chapter 7 Trustee, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| CAVCAPITAL, LTD. fdba | ) |
| ADVANCE PAYROLL FUNDING, LTD., | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, Angela Garcia, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the Summons, Complaint and Notice to Litigants was made the 1st day of November, 2018, by first-class, United States mail, postage pre-paid, addressed to:

CavCapital, Ltd.
c/o Joel Adelman, registered agent
3401 Enterprise Pkwy., Ste. 520
Beachwood, OH 44122

Under penalty of perjury, I declare that the foregoing is true and correct.

DATE:  November 1, 2018

*/s/ Angela Garcia*
Paralegal