```
                           United States Bankruptcy Court
                                District of Colorado
Rodriguez,
         Plaintiff                                       Adv. Proc. No. 18-01360-JGR
CavCapital, Ltd.,
         Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: elefanter         Page 1 of 1         Date Rcvd: Jan 18, 2019
                              Form ID: pdf904         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2019.
dft            +CavCapital, Ltd.,    3401 Enterprise Pkwy,    Ste. 520,    Beachwood, OH 44122-7342

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2019 at the address(es) listed below:
              Lacey S. Bryan    on behalf of Plaintiff Simon  Rodriguez lbryan@wwc-legal.com,
               dtackett@wwc-legal.com;9801172420@filings.docketbird.com;agarcia@wwc-legal.com
                                                                                             TOTAL: 1
```

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>WESTON EDUCATIONAL, INC.,<br><br>      Debtor. | Case No. 16-21382-JGR<br>Chapter 7 |
| SIMON E. RODRIGUEZ<br>Chapter 7 Trustee,<br><br>      Plaintiff,<br>v.<br><br>CAVCAPITAL, LTD., fdba<br>ADVANCE PAYROLL FUNDING, LTD.<br><br>      Defendant. | Adv. Pro. No. 18-01360-JGR |

## ORDER TO SHOW CAUSE

THIS MATTER comes before the Court *sua sponte*. The Court, having reviewed the file and being advised in the premises,

DOES FIND that on November 1, 2018 a summons was issued on Cavcapital, Ltd., fdba Advance Payroll Funding, Ltd., and Plaintiff filed a Certificate of Service evidencing service of the summons and complaint. There has been no activity in the within adversary proceeding since. It is, therefore,

ORDERED that on or before **February 15, 2019**, Plaintiff shall advance administration of the within adversary proceeding by filing with the Court a motion for entry of default or a written status report showing cause as to why this adversary proceeding should not be dismissed. In the event Plaintiff fails to timely respond to this Order to Show Cause, the Court may enter an Order dismissing this proceeding without further notice or hearing.

Dated: January 18, 2019.

BY THE COURT:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge